No. 72–361. GOTTLIEB v. DURYEA ET AL. Ct. App. N. Y. Certiorari denied.

No. 72–363. GRIMES v. NOTTOWAY COUNTY SCHOOL BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 72–372. ROAD MATERIALS, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 72–374. SWARTHOUT v. OLUND. C. A. 6th Cir. Certiorari denied.

No. 72–375. SAN FRANCISCO NEWSPAPER PRINTING Co., INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–377. CAMPBELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–378. HERSH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–379. M. J. PIROLLI & SONS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied.

No. 72–380. PERILLO ET UX. v. UNITED AMERICAN LIFE INSURANCE Co. C. A. 9th Cir. Certiorari denied.

No. 72–381. BASYAP, INC., ET AL. v. DISTRICT OF COLUMBIA REDEVELOPMENT LAND AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 72–383. TEXACO INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.